UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:15-MJ-1028-1

| | | |
|---|---|---|
| **United States Of America** | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| **Micheal Lante** | ) | |
| | ) | |

On November 4, 2015, Micheal Lante appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Driving While Impaired, Level 5, in violation of 18 U.S.C. § 13 assimilating from N.C.G.S. 20-138.1, was sentenced to 12 months of probation.

On November 2, 2016, a Motion for Revocation was submitted and a Summons was issued on November 3, 2016, alleging that the defendant has not completed 24 hours of community service, driving while impaired treatment, and payment case balance. On December 7, 2016, a Revocation Hearing was held and the defendant provided verification that all special conditions have been completed. The Court dismissed the Motion for Revocation and the term of probation was terminated.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the motion for revocation be dismissed and the term of probation be terminated.

Dated: December 15, 2016

_____
Robert T. Numbers, II
United States Magistrate Judge